Jon R. Stickman (Bar # 193822)
Duncan & Allen LLP
1730 Rhode Island Ave., N.W., Suite 700
Washington, D.C. 20036
Tel: (202) 289-8400
Fax: (202) 289-8450
jrs@duncanallen.com
*Attorneys for Turlock Irrigation District and Does 1 through 20.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARSON HYBRID ENERGY STORAGE, LLC, CMD CARSON LLC, <br><br> Plaintiff, <br><br> v. <br><br> TURLOCK IRRIGATION DISTRICT and DOES 1 through 20, <br> Defendant. | No. 1:23-cv-00460-JLT-EPG <br><br> Hon. Jennifer L. Thurston <br><br> STIPULATION TO EXTEND THE DEADLINE TO RESPOND TO DEFENDANT'S NOTICE |

Plaintiffs Carson Hybrid Energy Storage, LLC and CM Carson LLC ("Plaintiffs") and Defendants Turlock Irrigation District and DOES 1 through 20 ("Defendants"), by and through counsel of record, respectfully request that the Court approve the parties' Stipulation to extend the notice of a 30-day deadline for Plaintiffs to sign Turlock Irrigation District's Interconnection Facilities Study Agreement and pay the relevant study deposit set forth in Turlock Irrigation District's February 17, 2023 letter to Carson Hybrid Energy Storage, LLC.  This Stipulation is made and entered into with reference to the following facts:

1. On March 9, 2023, Plaintiffs filed a complaint for breach of contract seeking specific performance and injunctive relief, an *ex parte* application for a temporary restraining order and order to show cause re: a preliminary injunction in the Superior Court of Stanislaus County, California (the "Superior Court").——

2. Plaintiffs served Defendant and its counsel with a copy of the complaint for breach of contract seeking specific performance and injunctive relief, an *ex parte* application for a temporary restraining order and order to show cause re: a preliminary injunction.

3. On March 16, 2023, the Superior Court held a hearing on Plaintiffs' *ex parte* application for a temporary restraining order, at which Plaintiffs' counsel and Defendant's counsel appeared and presented argument.

4. On March 16, 2023, and following the hearing, the Superior Court granted Plaintiffs' request and issued a temporary restraining order, effective until May 12, 2023, enjoining Defendant from "enforcing its 30-day deadline set in its February 17, 2023 letter to Carson Hybrid Energy Storage, LLC and from withdrawing Plaintiffs' interconnection request."

5. The Superior Court did not require Plaintiffs to post a bond.

6. The Superior Court scheduled a hearing on Plaintiff's request for a preliminary injunction for May 12, 2023, ordered Defendant to file and serve any opposition papers by April 21, 2023 and ordered Plaintiffs to file any reply by April 28, 2023.

7. On March 17, 2023, Plaintiffs served Defendant with the temporary restraining order and order to show case re a preliminary injunction.

8. On March 27, 2023, Defendant removed the above referenced Superior Court case to this Court.

9. Under *Granny Goose Foods v. Bhd. of Teamsters & Auto Truck Drivers*, 415 U.S. 423, 439-40 (1974), 28 U.S.C. § 1450, and Federal Rule of Civil Procedure 65(b)(2), the Superior Court's temporary restraining order was set to remain in force for 14 days after removal, or until April 10, 2023.

10. The Superior Court's temporary restraining order was set to expire on April 10, 2023.

11. On April 7, 2023, the parties filed a Stipulation to Extend the State Court Temporary Restraining Order until June 9, 2023.

12. On April 10, 2023, the Court issued an order extending the State Court Temporary Restraining Order until June 9, 2023.

1    13.   On April 17, 2023, Defendants moved to dismiss Plaintiffs' complaint for failure
2  to state a claim on which relief can be granted.
3    14.   On April 20, 2023, Plaintiffs moved to remand this proceeding to the Superior
4  Court of California for Stanislaus County.
5    15.   On May 4, 2023, Defendants filed their Brief in Opposition to the Plaintiffs'
6  Motion to Remand.
7    16.   On May 9, 2023, Plaintiffs filed their Opposition to Defendants' Motion to
8  Dismiss.
9    17.   This Court's order extending the State Court Temporary Restraining Order until
10  June 9, 2023 may expire before the Court rules on the pending Motion to Dismiss and/or the
11  Motion to Remand.

**IT IS THEREFORE HEREBY STIPULATED** between Plaintiffs and Defendant Turlock Irrigation District, in order to preserve scarce judicial resources and avoid burdening the Court with entering orders on the aforementioned motions and a contemporaneous motion for preliminary injunction and subject to the Court's approval, that:

1. The Temporary Restraining Order, which this Court extended on April 10, 2023, pursuant to a Stipulation among the parties, until June 9, 2023, shall expire on June 9, 2023.

2. Defendant Turlock Irrigation District, and its agents, servants, employees, representatives, and anyone acting on their behalf or at their direction and control shall not enforce the 30-day deadline set forth in Turlock Irrigation District's February 17, 2023 letter to Plaintiff Carson Hybrid Energy Storage, LLC and shall not withdraw Plaintiff's interconnection request until July 20, 2023.

3. Defendant Turlock Irrigation District hereby extends the 30-day deadline set in forth in Turlock Irrigation District's February 17, 2023 letter to Carson Hybrid Energy Storage, LLC until July 20, 2023.

4. In the event the Court grants Plaintiffs' Motion to Remand (Case No. 1:23-cv-00460-JLT-EPG, ECF No. 17), the Superior Court shall have jurisdiction to enforce the terms of this Stipulation as if it were filed in and approved by the Superior Court and the parties shall treat

1  this Stipulation as remining in full force and effect without interruption.

2

3  **IT IS SO STIPULATED.**

4

5  Dated: May 19, 2023.                GREENBERG TRAURIG, LLP

6                                      By:_____
                                       Jonathan S. Goldstein
7                                      *Attorneys for Plaintiffs Carson Hybrid
                                       Energy Storage LLC and CMD Carson LLC*
8

9  Dated: May 19, 2023.                DURAN & CEDILLO

                                       By:_____
10                                     Manuel Duran
                                       *Attorneys for Plaintiffs Carson Hybrid
11                                     Energy Storage LLC and CMD Carson LLC*

12

13  Dated: May 19, 2023, at Washington, D.C.

14                                     DUNCAN & ALLEN

15                                     By: _____
                                       Jon R. Stickman
16                                     Duncan & Allen LLP
                                       *Attorneys for Turlock Irrigation District and
17                                     Does 1 through 20.*

18

19

20

21

22

23

24

25

26

27

28

## [~~PROPOSED~~] ORDER APPROVING STIPULATION

The foregoing Stipulation, by and among Plaintiffs and Defendant Turlock Irrigation District, is hereby APPROVED.

IT IS SO ORDERED.

Dated:   **May 19, 2023**

UNITED STATES DISTRICT JUDGE